UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:13-cv-01241-RCJ-PAL |
| Plaintiff, | ORDER |
| v. | |
| ROB AND ROBBIE, LLC., | |
| Defendant. | |

The court entered a discovery plan and scheduling order for this case on November 13, 2013.  The Order (Dkt. #13) established April 9, 2014 as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

Pursuant to the direction of the district judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the Trial Date in this matter is set for **August 12, 2014, at 9:00 a.m.,** with Calendar Call on **August 4, 2014, at 1:30 p.m.,** before Judge Robert C. Jones.

Dated this 15th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge