# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national association,<br><br>Plaintiff,<br><br>vs.<br><br>ROB AND ROBBIE, LLC, a Nevada limited liability company, *et al.*,<br><br>Defendants. | Case No.: 2:13-CV-01241-RCJ-PAL<br><br>**MINUTE ORDER**<br>**APRIL 16, 2014** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that the Third Stipulation to Extend Deadline for Rob and Robbie, LLC, to File Its Response to Motion for Summary Judgment and to Continue Hearing on Motion for Summary Judgment and Motion to Substitute Plaintiff and Amend Caption (#21) is GRANTED in part.

IT IS FURTHER ORDERED that Defendant shall file a Response to the Motion for Summary Judgment on or before June 13, 2014.

IT IS FURTHER ORDERED that NO FURTHER EXTENSIONS will be granted without a statement of reason for the extension requested.

IT IS FURTHER ORDERED that the hearing currently set for 09:00 A.M., on THURSDAY, APRIL 17, 2014, in LAS VEGAS COURTROOM, before District Judge Robert C. Jones is VACATED. This matter will be considered and decided without a hearing.

IT IS SO ORDERED this 16th day of April, 2014.

_____
ROBERT C. JONES
District Judge