**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROB AND ROBBIE, LLC,<br><br>　　　　　　Defendant. | 2:13-cv-01241-RCJ-PAL<br><br>**ORDER** |

This case arises out of the foreclosure of a residential property by a homeowners association. The Court has stayed the case indefinitely based on the potential for an authoritative resolution of the dispositive issue by the Nevada Supreme Court in two cases heard on May 7, 2014.

**CONCLUSION**

IT IS HEREBY ORDERED that the stay in this case shall expire no later than May 7, 2015.

IT IS SO ORDERED.

Dated this 17th day of September, 2014.

_____
ROBERT C. JONES
United States District Judge