ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ROB AND ROBBIE, LLC, a Nevada Limited Liability Company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:   2:13-cv-01241-RJC-PAL <br><br> **REQUEST TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE** <br><br> Hearing Date:   June 11, 2015 <br> Hearing Time:   10:00 a.m. |

The undersigned respectfully requests to appear by telephone for the Status Conference set for June 11, 2015 at 10:00 AM in Las Vegas before Judge Robert C. Jones.

DATED this 1st day of June, 2015.

**Akerman LLP**

 /s/ *Christine M. Parvan*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

IT IS SO ORDERED this 9th day of June, 2015.

_____
ROBERT C. JONES

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*