UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NATIONSTAR MORTGAGE, LLC,

                                        Plaintiff,

                    v.

ROB AND ROBBIE, LLC,

                                        Defendant.

Case No. 2:13-cv-01241-RCJ-PAL

ORDER

Before the court is the parties' Proposed Discovery Plan and Scheduling Order (Dkt. #37) which the court approved.  Pursuant to the direction of the District Judge that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** The trial date is set for 9**:00 a.m., April 18, 2016,** with calendar call at **10:00 a.m., April 11, 2016** before Judge Robert C. Jones.

DATED this 17th day of August, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE