1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                        DISTRICT OF NEVADA

6                                                 * * *

7    NATIONSTAR MORTGAGE, LLC,                          Case No. 2:13-cv-01241-RCJ-PAL

8                                  Plaintiff,                        ORDER

9         v.

10   ROB AND ROBBIE, LLC,

11                                 Defendant.

12          Before the court is the parties' Stipulation and Order to Extend Discovery Deadlines and

13   Dispositive Motion Deadline (Dkt. #40) which the court approved.  Pursuant to the direction of

14   the District Judge that trial be set on the trial stack closest to 120 days after the close of

15   discovery,

16          **IT IS ORDERED** that the trial date currently set for 9:00 a.m., April 18, 2016, is

17   **VACATED** and **CONTINUED** to **9:00 a.m., July 11, 2016**, before Judge Robert C. Jones.

18   Calendar call which is currently scheduled for 10:00 a.m., April 11, 2016, is **VACATED** and

19   **CONTINUED** to 10:00 a.m., July 5, 2016, before Judge Robert C. Jones.

20          DATED this 9th day of December, 2015.

21

22                                                        _____
                                                          PEGGY A. LEEN
23                                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                    1