UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., et al.,<br><br>                              Plaintiffs,<br>v.<br>ROB & ROBBIE, LLC,<br><br>                              Defendant. | Case No. 2:13-cv-01241-RCJ-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last Order approving the parties' Stipulation to Extend the Discovery Plan and Scheduling Order (Dkt. #41) filed December 7, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 10, 2016. There are no dispositive motions pending. Although the trial date has already been set, the joint pretrial order must be filed. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 2, 2016.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 18th day of April, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1