UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>ROB AND ROBBIE, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:13-cv-01241-RCJ-PAL<br><br>ORDER |

Before the court is the Notice of Settlement Between Plaintiff Nationstar Mortgage, LLC and Defendant Rob and Robbie, LLC (Dkt. #46).  The court will also consider this a response to the court's Order to Show Cause (Dkt. #45) filed May 12, 2016, for the parties' failure to file a joint pretrial order.  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff Nationstar Mortgage, LLC and Defendant Rob and Robbie, LLC shall have until **July 25, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 31st day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE