**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., a national association,<br><br>Plaintiff,<br><br>vs.<br><br>ROB AND ROBBIE, LLC, a Nevada ,<br><br>Defendant. | Case No.: 2:13-CV-01241-RCJ-PAL<br><br><br><br>**ORDER** |

A Calendar Call was held on August 25, 2016, the parties advised the Court that they had reached a settlement in this action. The trial was vacated and the Court ordered that settlement documents to be filed on or before September 24, 2016. The parties have failed to file settlement documents with the Court. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Thursday, January 26, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS SO ORDERED this 5th day of January, 2017.

_____
ROBERT C. JONES
Senior District Judge