ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

               Plaintiff,

vs.

ROB AND ROBBIE, LLC, a Nevada Limited
Liability Company; DOES 1 through 10; and
ROE BUSINESS ENTITIES 1 through 10,
inclusive,

               Defendants.

Case No.: 2:13-cv-01241-RCJ-PAL

**STIPULATION AND ORDER OF FINAL
JUDGMENT CONFIRMING EXISTENCE
AND VALIDITY OF DEED OF TRUST**

Plaintiff Nationstar Mortgage LLC (**Nationstar**), and Defendant Rob and Robbie, LLC
(**R&R**), through their counsel of record, stipulate as follows:

1.      This matter relates to real property located 3816 Purple Bloom Court, Las Vegas
Nevada, 89122, APN 161-15-713-003 (the **Property**).  The Property is more specifically described
as:

PARCEL ONE (1):

LOT 18 IN BLOCK 3 OF FINAL MAP OF DESERT INN MASTER PLAN LOT
"D" PHASE 1 (A COMMON INTEREST COMMUNITY) AS SHOWN BY
MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 68, IN THE
OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.
RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR

– APN 161-15-713-003

1

40593879;4

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS FOR SUN RIDGE RECORDED MAY 18, 2004 IN BOOK 20040518 AS DOCUMENT NO. 05837 OF OFFICIAL RECORDS.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SUN RIDGE RECORDED MAY 18, 2004 IN BOOK 20040518 AS DOCUMENT NO. 05837 OF OFFICIAL RECORDS.

Parcel ID Number:  **161-15-713-003** which currently has the address of 3816 Purple Bloom Court, Las Vegas, Nevada 89122.

2.     Nationstar is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on June 13, 2005, as Document Number 20050613-0004694, and re-recorded on September 14, 2005, as Document Number 20050914-0004678 in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3.     On October 19, 2012, R&R recorded a Foreclosure Deed as Document Number 201210190001957 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that R&R purchased the Property at a foreclosure sale of the Property conducted by Sunrise Ridge aka Sunrise Ridge Master Homeowners Association on October 12, 2012 (the **HOA Sale**). R&R has not transferred its interest in the Property and is still the title holder of record.

4.     On July 12, 2013, Nationstar initiated a quiet title action against R&R in the United States District Court, District of Nevada, Case No. 2:13-cv-01241-RCJ-PAL (the **Quiet Title Action**).

5.     Nationstar and R&R have entered a confidential settlement agreement in which they have settled all claims between them in this case.  This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

/ /

/ /

/ /

– APN 161-15-713-003

2

40593879;4

6.     The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and R&R's interest in the Property is subject to the Deed of Trust.

7.     R&R stipulates and agrees that within ten days of the date of this stipulation, it will cure any outstanding amounts owed to Sunrise Ridge aka Sunrise Ridge Master Homeowners Association as of the date of this stipulation.

Dated: July 11, 2017.

AKERMAN LLP


/s/ Vatana Lay
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay@akerman.com
*Attorneys for Plaintiff Nationstar
Mortgage LLC*

Dated: July 11, 2017.

WALSH & FRIENDMAN, LTD


/s/ Matthew P. Pawlowski
Matthew P. Pawlowski, Esq.
Nevada Bar No. 9889
Robert J. Walsh, Esq.
Nevada Bar No. 3836
400 S. Maryland Parkway
Las Vegas, NV 89101
Telephone:  (702) 474-4660
Facsimile:   (702) 474-4664
*Attorneys for Rob and Robbie, LLC*

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

– APN 161-15-713-003

3

40593879;4

AKERMAN LLP<br>
1160 TOWN CENTER DRIVE, SUITE  330<br>
LAS VEGAS, NEVADA 89144<br>
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the above stipulation between Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Rob & Robbie, LLC (**R&R**), the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 3816 Purple Bloom Court, Las Vegas Nevada, 89122, APN 161-15-713-003 (the **Property**) on June 13, 2005, as Document Number 20050613-0004694, and re-recorded on September 14, 2005, as Document Number 20050914-0004678 was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Sunrise Ridge aka Sunrise Ridge Master Homeowners Association on October 12, 2012 or the recording of the HOA Foreclosure Deed in the Official Records of Clark County, Nevada, on October 19, 2012, as Document Number 201210190001957, reflecting that R&R purchased the Property at the foreclosure sale.  R&R's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Nationstar shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that within ten days of the date of stipulation, R&R will cure any outstanding amounts owed to Sunrise Ridge aka Sunrise Ridge Master Homeowners Association.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this 12th day of July, 2017.

_____
DISTRICT COURT JUDGE

/ /

/ /

/ /

/ /

/ /

– APN 161-15-713-003

40593879;4

4

1   Respectfully submitted by:

2   AKERMAN LLP

3   */s/ Vatana Lay*
    Ariel E. Stern, Esq.

4   Nevada Bar No. 8276
    Vatana Lay, Esq.

5   Nevada Bar No. 12993
    1160 Town Center Drive, Suite 330

6   Las Vegas, Nevada 89144
    Telephone:    (702) 634-5000

7   Facsimile:    (702) 380-8572
    Email:  ariel.stern@akerman.com

8   Email:  vatana.lay@akerman.com
    *Attorneys for Plaintiff Nationstar Mortgage LLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– APN 161-15-713-003

5

40593879;4

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS. NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572